AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00285 |
| Edward Amyot | ) | Assigned To : Harvey, G. Michael |
| | ) | Assign. Date : 10/30/2023 |
| | ) | Description: Complaint W/ Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Edward Amyot,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds

Date:  10/30/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.10.30 10:51:52 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 10/30/2023, and the person was arrested on (date) 11/2/2023
at (city and state) Detroit, MI

Date: 11/2/2023

*Arresting officer's signature*

Justin Swensson Special Agent FBI
*Printed name and title*